UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW P. VYLETEL,

    Plaintiff,

v.

                                          Case No. 22-cv-13067
                                          Hon. Matthew F. Leitman

UNIVERSITY OF MICHIGAN-
DEARBORN, *et al.,*

    Defendant.

_____/

## **ORDER OVERRULING OBJECTIONS (ECF No. 30) TO REPORT AND RECOMMENDATION (ECF No. 29), ADOPTING DISPOSITION RECOMMENDED IN REPORT AND RECOMMENDATION, AND DISMISSING ACTION WITH PREJUDICE**

In this action, Plaintiff Matthew Vyletel brings claims against the University of Michigan – Dearborn and the Regents of the University of Michigan. The claims in this action are essentially the same as those Vyletel asserted against the University of Michigan in a related action in this Court, *Vyletel v. University of Michigan*, Civil Action No. 22-12485 ("*Vyletel I*"). The Court entered an order dismissing the claims in *Vyletel I* on the grounds that (1) the claims were barred by the Eleventh Amendment and (2) the claims were time-barred by the applicable statute of limitations. (*See Vyletel I*, ECF No. 37.)

The Defendants have now moved to dismiss this action (*See* Mot., ECF No. 21.) The assigned Magistrate Judge has issued a well-reasoned Report and

Recommendation (ECF No. 29, the "R & R") in which he concludes that this action should be dismissed for the same reasons that the Court dismissed *Vyletel I*.

Vyletel has filed Objections to the R & R. The Objections are lengthy and difficult to follow, and they do not demonstrate any error in the R & R. In fact, the bulk of the Objections consists of a long list of definitions and concepts – but without any showing as to how the definitions and concepts establish that the Magistrate Judge erred.

As the Court did in *Vyletel I*, the Court concludes that the Magistrate Judge reached the correct conclusion for the correct reasons. Accordingly, IT IS HEREBY ORDERED THAT:

1. Vyletel's Objections to the R & R are OVERRULED;

2. The disposition recommended in the R & R is ADOPTED; and

3. This action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 5, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 5, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126