UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW P. VYLETEL,

    Plaintiff,

v.

Case No. 22-cv-13067
Hon. Matthew F. Leitman

UNIVERSITY OF MICHIGAN, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Court's Order Overruling Plaintiff's Objections to Report and Recommendation (ECF No. 30), Adopting Disposition Recommended in Report and Recommendation (ECF No. 29), and Dismissing Action with Prejudice, dated April 5, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                              By:   s/Holly A. Ryan
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                  Dated:  April 5, 2023
United States District Judge             Detroit, Michigan